IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE WITTMAN, CORLIS MITCHELL, DEDRIA COOLEY, MYLDRINE CLARK, ROBERT HARTMAN, JR., and JUANITA MANDA,<br><br>Plaintiffs,<br><br>vs.<br><br>OLIN WINCHESTER, LLC,<br><br>Defendant. | Case No. 22-cv-966-SMY |

# JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated March 30, 2025, (Doc. 99), the claims of Plaintiffs Donnie Wittman, Corlis Mitchell, Dedria Cooley, Myldrine Clark, Robert Hartman, Jr., and Juanita Manda against Defendant Olin Winchester, LLC are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  March 30, 2025**

**MONICA STUMP, Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**